RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 8/31/11

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| KEVIN HAYNES | DOCKET NO. 11-CV-497; SEC. P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| W.A. SHERROD, WARDEN | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED THAT** the Petition for Writ of Habeas Corpus under 28 U.S.C. §2241 be **DISMISSED**.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 31st day of August, 2011.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE